In the Matter of the Application of WILLIAM FURY, Appellant, under Section 952-t of the Code of Criminal Procedure for an Order Directing the Stenographer of the Grand Jury of the 1935 November or December Term of the Court of General Sessions to Furnish Him with a Copy of the Testimony of the Complainants MICHAEL VITOLO and MICHAEL VITOLO, INC., in a Proceeding Entitled *People v. Furry*, for Use in a Civil Action Brought by WILLIAM FURY against the Said Complainants and Now Pending in the Supreme Court of New York State for the County of Bronx. THE PEOPLE OF THE STATE OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FRANCO-BELGIAN IMPORTING Co., INC., Plaintiff, v. EMIGRANT INDUSTRIAL SAVINGS BANK, Defendant, Respondent, and LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of the LAWYERS TITLE & GUARANTY COMPANY, and 46 EAST 29TH STREET CORPORATION, Impleaded Defendants, Appellants.— Orders unanimously reversed, with twenty dollars costs and disbursements, and the motions granted. The impleaded parties were not liable to the defendant Emigrant Industrial Savings Bank for the claim made by plaintiff within the meaning of section 193, subdivision 3, of the Civil Practice Act. (*Fox* v. *Western New York Motor Lines, Inc.*, 257 N. Y. 305; *Nichols* v. *Clark, MacMullen & Riley, Inc.*, 261 id. 118.) Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Petition of HYMAN PERLMAN, Respondent, to Set Aside the Election of Directors of ARONSON-CAPLIN Co., INC., Appellant, Pursuant to Section 25 of the General Corporation Law.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WILLIAM MARSHALL, Respondent, v. FRANK B. DAILEY, Appellant, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to defendant-appellant to serve notice of appearance herein generally within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ROSE M. SINGER, Suing on Her Own Behalf and on Behalf of All Other Stockholders of THE UNITED CORPORATION Similarly Situated Who May Join in This Action and Contribute to the Expense Thereof, Plaintiff, Respondent, and FANNIE RICKLES, a Stockholder of THE UNITED CORPORATION, Proposed-Plaintiff-Intervenor, Appellant, v. F. L. CARLISLE and Others, Defendants, Impleaded with J. P. MORGAN and Others, Defendants, Respondents. SAMUEL R. SHIELCRAWT, etc., Plaintiff, Respondent, and FANNIE RICKLES, etc., Appellant, v. EDWARD HOPKINSON, JR., and Others, Defendants. ANNIE FASTENBERG, etc., Plaintiff, Respondent, and FANNIE RICKLES, etc., Appellant, v. R. K. FERGUSON and Others, Defendants. (Consolidated Actions.) — Order affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to reverse and grant the motion; O'Malley, J., taking no part.